# EXHIBIT 1



June 12, 2023

**ONLINE SUBMISSION ONLY**

Douglas Hibbard
Chief, Initial Request Staff
Office of Information Policy
Department of Justice
6th Floor
441 G St NW
Washington, DC 20530
Phone: (202) 514-FOIA

      **Re: Freedom of Information Act Request**

Dear Freedom of Information Officer:

The Department of Justice's recent indictment of President Donald J. Trump raises grave concerns that DOJ is being politicized and weaponized against the political opponents of the sitting President of the United States. The existence, timing, and content of the indictment all necessitate both this request and, one would hope, a completely open and forthright response. In that spirit, this letter is submitted on behalf of Vivek Ramaswamy for President to obtain access to any records within the possession of the United States Department of Justice concerning the decision to bring a criminal indictment against President Donald J. Trump. I submit this request for records pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and 28 C.F.R. § 16 *et seq*. I request that a copy of the records detailed below be provided. I do not wish to inspect the records first.

The purpose of this request is to obtain access to any records within the possession of the United States Department of Justice, including electronic communications exchanged by Department of Justice officers or employees with each other, or with non-government third-parties, concerning the decision to bring a criminal indictment against President Donald J. Trump.

Specifically, I request all Records[1] in the possession of the Department of Justice, including but not limited to, the following components of the Department of Justice: the Special Counsel's

---

[1] "Records" is to be given the meaning as defined in 5 U.S.C. § 552(f)(2).

Office; the Office of the Attorney General; the Office of the Deputy Attorney General; the Office of the Associate Attorney General; the Criminal Division, the Office of the Inspector General; and the Federal Bureau of Investigation.

Please search for and provide to us, within twenty (20) business days, any records or documents that:

- Memorialized, discussed, or described plans or considerations by the Department of Justice or any other federal government agency for bringing an indictment against President Donald J. Trump. Responsive records or documents should include those by or between officers or employees of the federal government;

- Memorialized, discussed, or described, to or with any non-government third party, the Department of Justice's plans or considerations for bringing an indictment against President Donald J. Trump. Responsive records or documents should include those by or between any non-government third party, including (but not limited to) officers, employees, or agents of Arabella Advisors or its clients, including the New Venture Fund, Sixteen Thirty Fund, Windward Fund, Hopewell Fund, projects housed in any of those entities, any political party or political committee or agent thereof, and Biden for President;

- Memorialized, discussed, or described any directive or encouragement, by any officer or employee of a federal government agency, to bring an indictment against President Donald J. Trump;

- Memorialized, discussed, or described any directive or encouragement, by any non-government third party, to bring an indictment against President Donald J. Trump; or

- Are preparatory materials for meetings provided to any officer or employee of the Executive Office of the President regarding a possible indictment against President Donald J. Trump.

This request should be processed consistent with the presumption of openness as outlined in the Attorney General's March 15, 2022 letter to the heads of all executive departments and agencies.[2]

Please include any relevant records dated from January 20, 2021 through the date the Records are produced.

*Costs*

Please provide an estimate of the costs for the non-incidental retrieval and/or supervisory services. If necessary, I am prepared to advance the cost of complying with this request.

*Processing of the Request*

---

[2] *See* Dep't of Justice Office of Information Policy, *Memorandum from The Attorney General,* March 15, 2022, available at https://www.justice.gov/ag/page/file/1483516/download.

Upon receipt of this request, it is requested that you take all reasonable steps to preserve relevant public records while the request is pending.

Please search for all records regardless of format. I ask that responsive electronic records be produced in their native format, including with all metadata, if possible. If production in native format is not possible, I request that the documents be provided in a format most conducive to an expedited production.

If this request is denied in whole or in part, please provide the reasons for the denial pursuant to 5 U.S.C. § 552(a)(6)(A)(i).

Should you wish to claim that a responsive record or portion of a record to be exempt from production, I request that you provide a *Vaughn* index of those documents. *See Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973). The *Vaughn* index must describe each document with sufficient specificity "to permit a reasoned judgment as to whether the material is actually exempt under FOIA." *Founding Church of Scientology v. Bell*, 603 F.2d 945, 959 (D.C. Cir. 1979). The Vaughn index must also "describe each document or portion thereof withheld, and for each withholding it must discuss the consequences of supplying the sought-after information." *King v. U.S. Dep't of Justice*, 830 F.2d 210, 223–24 (D.C. Cir. 1987).

In any event, I request that you provide a reasonably segregable portion of the remaining materials after any permissible redactions, pursuant to 5 U.S.C. § 552(b). I reserve the right to appeal any failure by the Department to timely respond to this request, or to your determination to withhold any responsive information.

For records available in electronic format, please send the documents to foia@vivek2024.com. Please send all other documents to the attention of:

> **Steve Roberts, Counsel**
> **4000 Horizons Drive**
> **Columbus, OH 43220**
> **Phone: (202) 737-8808**

*Time Sensitive Request and Production*

Because of the time-sensitive nature of this request, I request that you strictly comply with the 20-day time limit established by FOIA and applicable regulations. *See* 5 U.S.C. § 552(a)(6)(A); 28 C.F.R. § 16.5(c). Please be advised that once this 20-day period has expired, you are deemed to have constructively denied this request, and I will consider the internal appeals process to be constructively exhausted. *See Citizens for Ethics and Responsibility in Government v. Fed. Election Comm'n*, 711 F.3d 180 (D.C. Cir. 2013).

I also request that all responsive documents be made available via a rolling production.

I look forward to your prompt response.

Sincerely,                                                            DATED: June 12, 2023

_____
Vivek Ramaswamy
Vivek 2024