# EXHIBIT 2

| 🇺🇸 | An official website of the United States government<br>Here's how you know |
|---|---|



 FOIA.gov

MENU

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 748141

# Success!

## Your FOIA request has been created and is being sent to the Office of the Attorney General.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

## Contact the agency

FOIA Requester Service Center

202-514-3642

Valeree Villanueva, FOIA Public Liaison

202-514-3642

Douglas Hibbard, Chief, Initial Request Staff, 6th Floor
441 G St, NW
Washington, DC 20530-0001

# Request summary

Request submitted on **June 12, 2023**.

The confirmation ID for your request is **748141**.

> The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

# Contact information

**Name**

Steve Roberts

**Mailing address**

4000 Horizons Drive
Columbus, OH 43220
United States

**Phone number**

(202) 737-8808

**Email**

foia@vivek2024.com

FOIA.gov - Freedom of Information Act: Create a request
Case 1:23-cv-02228-ACR   Document 1-2   Filed 08/01/23   Page 4 of 5
6/12/23, 9:47 AM

## Your request

See attached request.

## Additional information

06122023_Vivek_Justice FOIA Request_Signed_v12[85].pdf

## Fees

**What type of requester are you?**
other

**Fee waiver**
no

## Request expedited processing

**Expedited processing**
no

FOIA.gov - Freedom of Information Act: Create a request
Case 1:23-cv-02228-ACR   Document 1-2   Filed 08/01/23   Page 5 of 5
6/12/23, 9:47 AM



## CONTACT

Office of Information Policy (OIP)

U.S. Department of Justice

441 G St, NW, 6th Floor

Washington, DC 20530

E-mail: National.FOIAPortal@usdoj.gov

Hero image credit   CC3.0

| FREQUENTLY ASKED QUESTIONS

| DEVELOPER RESOURCES

| AGENCY API SPEC

| FOIA CONTACT DOWNLOAD

| FOIA DATASET DOWNLOAD

| ACCESSIBILITY

| PRIVACY POLICY

| POLICIES & DISCLAIMERS

| JUSTICE.GOV

| USA.GOV