# EXHIBIT 3

**From:** OIP-NoReply <OIP-NoReply@usdoj.gov>
**Sent:** Tuesday, June 27, 2023 2:11 PM
**To:** foia@vivek2024.com
**Subject:** Your FOIA Request FOIA-2023-01399
**Attachments:** 02 Acknowledgement Letter (6.27.23).pdf

You don't often get email from oip-noreply@usdoj.gov. Learn why this is important

Attached is correspondence from the Department of Justice's Office of Information Policy, which is associated with the above-referenced Freedom of Information Act (FOIA) request.

**Please do not reply to this e-mail, as this account is not monitored.**

Thank you,

---------------------------------------
Initial Request Staff
Office of Information Policy
U.S. Department of Justice

202-514-3642 (Main Line)
202-514-1009 (Fax)

1