UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIVEK 2024<br>4000 Horizons Drive<br>Columbus, OH 43220<br><br>            Plaintiff,<br><br>       v.<br><br>DEPARTMENT OF JUSTICE,<br>441 G St NW, 6th Floor<br>Washington, DC 20530<br><br>            Defendant. | Civil Action<br><br>No._____<br><br><br><br>PLAINTIFF'S RULE 7.1<br>CORPORATE DISCLOSURE<br>STATEMENT AND LOCAL<br>RULE 26.1 CERTIFICATION |

    Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 26.1 of the Local Rules of the United States District Court for the District of Columbia, I, the undersigned counsel of record for Plaintiff Vivek 2024, certify that Plaintiff is a principal campaign committee registered with the Federal Election Commission and a nonstock corporation incorporated under the laws of Virginia. To the best of my knowledge and belief, Plaintiff does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

    These representations are made in order that judges of this Court may determine the need for recusal.

Dated: August 1, 2023

                                                              Respectfully submitted,

2

*/s/ Phillip M. Gordon*
Phillip M. Gordon (D.C. Bar No. 1531277)
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC**
15405 John Marshall Highway
Haymarket, VA 20169
Phone: (540) 341-8808
Fax: (540) 341-8809
pgordon@holtzmanvogel.com

Stephen P. Roberts (D.C. Bar No. 989338)
2300 N Street, NW, Suite 643A
Washington, DC 20037
sroberts@holtzmanvogel.com

Brennan Bowen (AZ Bar No. 36639)*
2575 East Camelback Rd, Ste 860
Phoenix, AZ 85016
Phone: (602) 388-1262
bbowen@holtzmanvogel.com

*Counsel for Plaintiff*
**Pro Hac Vice* motion forthcoming