## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

VIVEK 2024,

      *Plaintiff*,

      v.

DEPARTMENT OF JUSTICE,

      *Defendant.*

No. 1:23-cv-02228-ACR

## <u>NOTICE OF APPEARANCE</u>

Please take notice that the undersigned attorney, Sarah M. Suwanda of the United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance in the above-captioned case on behalf of the Defendant.

Dated: September 7, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Sarah M. Suwanda*
SARAH M. SUWANDA
Trial Attorney (D.C. Bar No. 1685531)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel.: (202) 305-3196
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendant*