UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIVEK 2024, <br><br> *Plaintiff*, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> *Defendant.* | No. 1:23-cv-02228-ACR |

**JOINT STATUS REPORT**

Plaintiff VIVEK 2024 and Defendant Department of Justice ("DOJ"), by and through their undersigned counsel, respectfully submit the following joint status report pursuant to the Court's September 8, 2023 Order:

1.  Plaintiff filed this Freedom of Information Act ("FOIA") lawsuit on August 1, 2023, concerning its FOIA request submitted to DOJ on June 12, 2023.

2.  DOJ answered the Complaint on September 7, 2023, and on September 8, 2023, the Court ordered the parties to file a joint status report on or before September 21, 2023.

3.  Pursuant to the Court's September 8, 2023 Order, the parties conferred, and DOJ represented to Plaintiff that its search of records is still ongoing. In light of that search, and the parties' ongoing efforts to narrow the scope of the request, the parties agree that it would be premature to set a proposed schedule or begin briefing at this time.

4.  DOJ further informed Plaintiff that it is unlikely that an *Open America* stay will be necessary.

1

5.  Accordingly, the parties respectfully request that they be permitted to file a joint status report on or before October 23, 2023. At that time, the parties will update the Court with respect to the status of this matter and offer a proposal for further proceedings.

Dated: September 21, 2023

*/s/ Phillip Gordon*
Phillip Michael Gordon
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Highway
Haymarket, VA 20169
Tel.: (540) 341-8808
E-mail: pgordon@holtzmanvogel.com

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Sarah M. Suwanda*
SARAH M. SUWANDA
Trial Attorney (D.C. Bar No. 1685531)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel.: (202) 305-3196
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendant*