UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIVEK 2024,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>*Defendant.* | No. 1:23-cv-02228-ACR |
| VIVEK 2024,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>*Defendant.* | No. 1:23-cv-02761-ACR |

**JOINT STATUS REPORT**

Plaintiff VIVEK 2024 and Defendant Department of Justice ("DOJ"), by and through their undersigned counsel, respectfully submit the following joint status report:

1. Plaintiff filed its first Freedom of Information Act ("FOIA") lawsuit on August 1, 2023, concerning its FOIA request submitted to DOJ on June 12, 2023 (the "First Request"), for which DOJ filed its answer on September 7, 2023.

2. Plaintiff filed its second FOIA lawsuit on September 20, 2023, concerning its FOIA request submitted to DOJ on August 2, 2023 (the "Second Request"), for which DOJ filed its answer on October 23, 2023.

1

3. Pursuant to the parties' joint statement that the two cases should be consolidated, *see Vivek 2024 v. DOJ*, No.1:23-cv-02761-RDM, ECF No. 11, this Court has since consolidated the cases sua sponte through a December 21 minute order.

4. DOJ's search for potentially responsive records remains ongoing, and since the filing of both answers, the parties have continued to negotiate in good faith the scope of both FOIA requests.

5. In light of those ongoing negotiations, the parties respectfully request that they be permitted to update the Court with respect to the status of this matter and offer a proposal for further proceedings in 30 days, *i.e.*, on or before February 7, 2024.

Dated: January 8, 2024

*/s/ Phillip Gordon*
Phillip Michael Gordon
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Highway
Haymarket, VA 20169
Tel.: (540) 341-8808
E-mail: pgordon@holtzmanvogel.com

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Sarah M. Suwanda*
SARAH M. SUWANDA
Trial Attorney (D.C. Bar No. 1685531)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel.: (202) 305-3196
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendant*